IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 15-00053-01-CR-W-DW |
| ANDRE G. DEWBERRY, ) | |
| ) | |
| Defendant. ) | |

REPORT AND RECOMMENDATION

On September 14, 2015, I ordered Defendant to undergo a competency evaluation (Doc. No. 34). Defendant was examined by Robert Johnson, Ph.D., who prepared a report dated October 23, 2015 (Doc. No. 35).

A competency hearing was held on November 19, 2015. The government was represented by Assistant United States Attorney Stefan Hughes. Defendant in person with appointed attorney Carie Allen. The parties stipulated to the contents and findings of Dr. Johnson's report (Tr. at 2). No additional evidence was presented. The parties waived the fourteen-day objection period to the Report and Recommendation (Tr. at 3). Based upon the uncontroverted evidence, I find that Defendant is competent to proceed. Therefore, it is

RECOMMENDED that the court, after making an independent review of the record and applicable law, enter an order finding Defendant competent.

/s/ Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
November 20, 2015